PENALTY SLIP

**NAME:**   TRAVIS HILTON

**NUMBER OF COUNTS:**   _____2_____


Ct. 1:   21 U.S.C. § 846 - Conspiracy to Distribute Controlled Substances

Penalty:   0-20 years imprisonment, $1 million fine, at least 3 years supervised release, $100 special assessment, denial of federal benefits.


Ct. 5:   18 U.S.C. § 1956(h) – Conspiracy to Launder Money

Penalty:   20 years imprisonment, $500,000 fine, up to 3 years supervised release, $100 special assessment.


Notice of Criminal Forfeiture

Case No._____**1:14-CR-2101-LRS-3**_____

**USA Initials:**_____BDS_____