Case 1:14-cr-02101-LRS   Document 72   Filed 01/29/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2015

SEAN F. McAVOY, CLERK

PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | |
| Travis Hilton | ) | Case No. 1:14CR02101-LRS-3 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Travis Hilton, have discussed with Stephen Krous, Pretrial Services/Probation Officer, modification of my release as follows:

Substance abuse evaluation and treatment

18. Defendant shall submit to a substance abuse evaluation and undergo any recommended treatment as directed by the U.S. Probation/Pretrial Services Office.

19. Defendant shall submit to random urinalysis testing as directed by the U.S. Probation/Pretrial Services Office, testing shall not exceed six (6) times per month.

I consent to this modification of my release conditions and agree to abide by this modification.

X _____   1/28/15           _____   28 Jan. 15
Signature of Defendant        Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   1/28/15
Signature of Defense Counsel   Date

[X]  The above modification of conditions of release is ordered, to be effective on 1/29/2015
[ ]  The above modification of conditions of release is not ordered.

_____   1/29/2015
Signature of Judicial Officer   Date